# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS O. SUAREZ-SANCHEZ, | No. 4:18-CV-01431 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| WARDEN KATHY P. LANE, | |
| Respondent. | |

## ORDER

### APRIL 16, 2019

On March 5, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny Luis O. Suarez-Sanchez's 28 U.S.C. § 2241 petition because Suarez-Sanchez failed to exhaust his administrative remedies, and because his claims are without merit.[1] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[2] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in

---

[1] Doc. 7.
[2] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

part—the findings or recommendations made by the magistrate judge.[3] This Court has reviewed the Report and Recommendation and has found no clear error on the face of the record. Consequently, it is hereby ORDERED that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 7) is **ADOPTED**;

2. Suarez-Sanchez's 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[3] 28 U.S.C. § 636(b)(1); Local Rule 72.31.